SAMUEL BROMBERG, Appellant, v. THE TRAVELERS INSURANCE COMPANY, HARTFORD, CONNECTICUT, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

STITT & HOWELL, INC., Respondent, v. WOODSON R. OGLESBY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

EASTERN STATES PETROLEUM COMPANY, Respondent, v. WARNER-QUINLAN COMPANY, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Plaintiff, v. MAX AARON and Others, Defendants, and HENRY GUTTAG and Another, Copartners, etc., Respondents, and CLEMENT F. LAWSON and Another, Copartners, etc., Appellants.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARKSON P. RYTTEN-BERG, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Glennon, J., dissents and votes to reverse and dismiss the information.

ANGELINA FERRARA and Another, Appellants, v. WASHINE NATIONAL SAND, INC., Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HENRY RAICHLEIN, Respondent, v. PHILIP J. DUNN, as Receiver of the Rents and Profits of the Premises Owned by Butler Hall Corporation at 400–412 West One Hundred and Nineteenth Street (Also Known as 88 Morningside Drive), Manhattan Borough, New York City, Pursuant to an Order Made by This Court on October 8, 1932, Appellant. FLORA POUSETTE-DART, Respondent, v. PHILIP J. DUNN, as Receiver of the Butler Hall Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

534 EIGHTH AVENUE CORPORATION, Appellant, v. DECADE HOLDING CORPORATION and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

FANNY GOLDSTEIN and Another, Appellants, v. WALTON-BURNSIDE AMUSEMENT CORPORATION, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JACOB HABER, Respondent, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Corporation, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ELIZABETH PRITZKER, Appellant, v. JANSEN NOYES and Others, Copartners, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.